**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Juul Labs, Inc.,<br><br>Plaintiff.<br><br>v.<br><br>Eonsmoke, LLC,<br><br>The Electric Tobacconist, LLC,<br><br>Vapor 4 Life Holdings, Inc.,<br><br>Defendants. | Civil Action No. 2:18-cv-14608-JLL-SCM<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT THE ELECTRIC TOBACCONIST, LLC, AND REQUEST TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendant The Electric Tobacconist, LLC (“Defendant”) hereby provides notice that Plaintiff JUUL Labs, Inc. (“Plaintiff”) and Defendant have reached a settlement in principle that will resolve fully the claims alleged against Defendant in this action.

The parties have exchanged drafts of the Settlement Agreement and are continuing in good faith to complete the Settlement Agreement. The parties expect that the Settlement Agreement will be completed and the appropriate dismissal will be filed within 30 days.

Defendant’s current deadline to respond to the First Amended Complaint (“Complaint”) is November 30, 2018. Therefore, Defendant respectfully requests that the Court grant the parties time to complete the settlement and not require Defendant to respond to the Complaint at this time.

Plaintiff, through counsel, has indicated no objection to the requested extension to respond to the Complaint.

Dated: November 30, 2018

KUTAK ROCK LLP

By: *s/Michael T. McDonnell, III*

Michael T. McDonnell, III
1760 Market Street, Suite 100
Philadelphia, PA 19103-4101
Tel: 215-299-4382
Fax: 215-981-0719
Email: Michael.mcdonnell@kutakrockc.om

*Attorneys for Defendant The Electric Tobacconist, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of November, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the same via e-service through the CM/ECF system as indicated below:

Lisa J. Rodriguez
SCHNADER HARRISON SEGAL & LEWIS LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
856-482-5222
Fax: 856-482-6980
Email: ljrodriguez@schnader.com

*Attorneys for Plaintiff*

Christina Lynn Saveriano
HILL WALLACK, LLP
21 Roszel Road
Princeton, NJ 08543
(609) 734-6395
Email: csaveriano@hillwallack.com

Dwayne Franklin Stanley
HUSCH BLACKWELL, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: dwayne.stanley@huschblackwell.com

Eric I. Abraham
HILL WALLACK, LLP
21 Roszel Road
Princeton, NJ 08543
(609) 734-6358
Email: eabraham@hillwallack.com

*Attorneys for Eonsmoke, LLC*

Riccardo M. Debari
THOMPSON HINE LLP
225 Madison Avenue
12th Floor
New York, NY 10017
212-908-3975
Email: riccardo.debari@thompsonhine.com

*Attorneys for Vapor 4 Life Holdings, Inc.*

By: *s/Michael T. McDonnell, III*
Michael T. McDonnell, III