Mark A. Kriegel, Esq. (01780-2000)
1479 Pennington Rd.
Ewing, NJ 08618
(609) 883-5133 (phone)
(609) 450-7237 (fax)
mkriegel@kriegellaw.com

Attorney for Defendant, Eonsmoke, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EONSMOKE LLC, AND THE ELECTRIC TOBACCONIST, LLC <br><br> Defendants. | Civil Action No.: 2:18-cv-14608-JLL-SCM <br><br> Substitution of Representative for Defendant, Eonsmoke, LLC |

### SUBSTITUTION OF COUNSEL

As of the below date, the undersigned counsel and Defendant, Eonsmoke, LLC, hereby consent to the substitution of Mark A. Kriegel, Esq., as counsel for Defendant, Eonsmoke, LLC, superseding Eric I. Abraham, Esq., who is withdrawing. Counsel certifies that no delay to this case shall be caused by the substitution.

_____          _____
Eric I. Abraham, Esq.                                           Mark A. Kriegel, Esq.
Withdrawing Attorney                                         Superseding Attorney

Date: 12/4/18